UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL)

| | |
|---|---|
| PARK SOUTHERN NEIGHBORHOOD CORPORATION, a corporation<br>800 Southern Avenue<br>Washington, DC  20032<br><br>            Plaintiff,<br><br>    v.<br><br>VESTA MANAGEMENT CORPORATION, a corporation<br>175 Powder Forest Drive<br>Weatogue, CT  06089<br><br>            Defendant. | **Civil Action No.** _____ |

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Vesta Management Corporation ("Vesta") hereby removes this case from the Superior Court of the District of Columbia.  In support of this Notice of Removal, Defendant avers as follows:

INTRODUCTION

1. On September 17, 2014, plaintiff Park Southern Neighborhood Corporation ("Plaintiff") commenced this action in the Superior Court of the District of Columbia.

2. Vesta was served with a copy of the Complaint on September 26, 2014.

3. Accordingly, this Notice is being filed within 30 days after Vesta's receipt of a copy of the initial pleading setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. § 1446(b).

4. Other than the Summons, Complaint, Motion for Temporary Restraining Order and Preliminary Injunction, Vesta has received no other process, pleadings, motions or orders.

#30572629 v1

5. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings served on Vesta and any opposition briefs are attached hereto as "Exhibit A."

6. This case involves allegations of compensatory and punitive damages purportedly due to unlawful conversion and tortious interference with business.

7. As explained below, this Court has original subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and defendant, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## DIVERSITY OF CITIZENSHIP EXISTS

8. As set forth in paragraph 5 of the plaintiff's Complaint, Plaintiff is a non-profit corporation in the District of Columbia with its primary place of business in the District of Columbia. *See* Ex. A at 5.

9. Defendant is incorporated in Connecticut, with its primary place of business in Connecticut.

10. Accordingly, there is complete diversity of citizenship between Plaintiff and Defendant.

## THE AMOUNT IN CONTROVERSY IS SATISFIED

11. Plaintiff demands judgment against defendant for compensatory and punitive damages in an amount of 12 million dollars.

12. Plaintiff's claim for damages, therefore, exceeds the requisite amount in controversy for purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

## PROPRIETY OF REMOVAL

13. For the foregoing reasons, this Court has jurisdiction over this matter based on

diversity of citizenship pursuant to 28 U.S.C. § 1332 and this action may be removed pursuant to 28 U.S.C. § 1441.

14. The United States District Court for the District of Columbia is the federal judicial district encompassing the Superior Court of the District of Columbia, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. § 1441(a).

15. Accordingly, pursuant to 28 U.S.C. §§ 1332 and 1441, the present lawsuit may be removed, and brought before the United States District Court for the District of Columbia.

16. Pursuant to the provisions of 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the clerk of the Superior Court of the District of Columbia, and will serve a copy upon Plaintiff's counsel.

WHEREFORE, notice is hereby given that this action is removed to the United States District Court for the District of Columbia.

Dated: October 7, 2014

Respectfully submitted,

/s/ Matthew D. Foster
Matthew D. Foster (DC Bar No. 503057)
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
Telephone: 202-220-1235
Facsimile: 202-220-1665
E-mail: fosterm@pepperlaw.com

*Counsel for Vesta Management Corporation*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014, I caused a copy of the foregoing Notice of Removal to be served via first class mail and email upon:

>Sharon Styles-Anderson (DC Bar No. 412158)
>700 Southern Avenue, SE
>Washington, DC  20032
>Telephone No.:  202-370-9855
>Facsimile:  301-809-0941
>Ssanderson2@hotmail.com

/s/ Matthew D. Foster
Matthew D. Foster